AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Thurman Marcelle Carson, Jr. ) | Case No: CR 02-323-01-RE |
| ) | USM No: 63185-065 |
| Date of Previous Judgment: 11/13/2003 ) | Stephen R. Sady |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED.  [✓] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __102__ months is reduced to __78__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: __28__        Amended Offense Level: __26__
Criminal History Category: __III__    Criminal History Category: __III__
Previous Guideline Range: __97__ to __121__ months    Amended Guideline Range: __78__ to __97__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
[ ] The reduced sentence is within the amended guideline range.
[✓] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __11/13/2003__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __03-19-08__

Judge's signature

Effective Date: _____
(if different from order date)

James A. Redden, District Court Judge
Printed name and title