PROB 12C-OR
(01-22-09)

**UNITED STATES DISTRICT COURT**

**for**

**DISTRICT OF OREGON**

FILED 11 JAN 10 16:40 USDC-ORP

**PETITION TO RESCIND PREVIOUSLY ISSUED SUMMONS AND ORDER TO SHOW CAUSE**

U.S.A. vs. THURMAN MARCELLE CARSON, JR.

Docket No. CR 02-323-01-RE

### Petition on Probation and Supervised Release

COMES NOW MATTHEW K PREUITT, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Thurman Marcelle Carson Jr., who was placed on supervision by The Honorable James A. Redden sitting in the court at Portland, Oregon, on the 13th day of November, 2003, who fixed the period of supervision at 4 years,* and imposed the general terms and conditions theretofore adopted by the court.

*Term of supervised release commenced on August 11, 2009.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On August 15, 2010, the Court issued a Summons and Order to Show Cause alleging Carson violated his conditions of release by engaging in a new law violation (Assault IV, A/Misdemeanor).

I have spoke with Assistant U.S. Attorney (AUSA) Kathleen Bickers, who has advised that the Multnomah County District Attorney's Office will not be prosecuting Carson for Assault IV as the victim will not assist in the adjudication of this case. AUSA Bickers suggests that the Summons issued by our Court on August 15, 2010, be rescinded as the U.S. Attorney's Office will also be unable to proceed with the violation allegations without the assistance of the victim. Therefore, I am requesting that the Court rescind the Summons for Carson.

**PRAYING THAT THE COURT WILL** rescind the Petition for Summons and Order to Show Cause previously issued on August 15, 2010.

Respectfully,

_Matthew K Preuitt_
Matthew K Preuitt
U.S. Probation Officer
Portland, Oregon

**ORDER OF THE COURT**

Considered and ordered this 10th day of January, 2011, and ordered filed and made a part of the records in the above case.

_James A. Redden_
The Honorable James A. Redden
Senior U.S. District Judge

Page 1 of 1